UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:



**Carl DeLuca, Sr.** and
**Genevieve DeLuca,**

                              Chapter 7

                              Case No. 11-23710 (RDD)
               Debtors.
---------------------------------------------------------X

## **ORDER CLOSING CASE WITHOUT A DISCHARGE**

        On August 26, 2011 the above debtors (the "Debtors") filed a voluntary petition under Chapter 7 of the Bankruptcy Code. On January 12, 2012, the Clerk's Office issued a notice to the Debtors to complete an instructional course in personal financial management after the filing of the petition as required under Section 727(a)(11) of the Bankruptcy Code in order to receive a discharge and to certify completion of such a course by filing Official Form 23 as required by Bankruptcy Rule 1007(b)(7) and (c). Because the Debtors failed to comply with the requirements of Section 727(a)(11) and Rule 1007(b)(7), a hearing was scheduled on May 14, 2014 to determine whether to close the Debtors' bankruptcy case without issuing a discharge. Neither Debtors nor counsel appeared at the May 14th hearing or have filed the required form. Accordingly, it is hereby

        **ORDERED** that the Debtors' Case, No. 11-23710. is closed without a discharge.


Dated: June 18, 2014
       White Plains, New York

                                                  /s/Robert D. Drain
                                                    U.S.B.J.
To:


**Carl DeLuca, Sr.**
311 Quaker Road
Pomona, NY 10970


**Genevieve DeLuca**
311 Quaker Road
Pomona, NY 10970

**Howard P. Magaliff**
Rich Michaelson Magaliff Moser, LLP
340 Madison Avenue
19th Floor
New York, NY 10173

**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014